# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR08-591  DLJ

UNITED STATES OF AMERICA,

V.

VICTOR SANCHEZ-GUTIERREZ,



FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States

---

A true bill.

_____ Foreman

Filed in open court this 3rd day of
SEPT. 2008

_____ Clerk

Bail, $ — No process.
9-3-08

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

**FILED**

SEP - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-591 DLJ |
| Plaintiff, ) | |
| ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| v. ) | |
| VICTOR SANCHEZ-GUTIERREZ, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

1.  Prior to October 4, 2007, the defendant, VICTOR SANCHEZ-GUTIERREZ, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.  On or about October 4, 2007, the defendant, VICTOR SANCHEZ-GUTIERREZ, was removed, excluded, and deported from the United States.

3.  After October 4, 2007, the defendant, VICTOR SANCHEZ-GUTIERREZ, knowingly and voluntarily reentered and remained in the United States.

4.  On or about December 28, 2007, in the Northern District of California, the defendant, VICTOR SANCHEZ-GUTIERREZ, an alien, was found in the United States without

INDICTMENT

1  having obtained the express consent of the Attorney General or the Secretary of the Department
2  of Homeland Security to apply for re-admission into the United States, in violation of Title 8,
3  United States Code, Sections 1326(a) and (b).
4
5  DATED: September 3, 2008                                  A TRUE BILL.
6
7                                                            _____
                                                             FOREPERSON
8
9  JOSEPH P. RUSSONIELLO
   United States Attorney
10
11 _____
   W. DOUGLAS SPRAGUE
12 Chief, Oakland Branch
13 (Approved as to form: _____
                          AUSA Chinhayi J. Coleman

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ VICTOR SANCHEZ-GUTIERREZ

DISTRICT COURT NUMBER

CR08-591 DLJ

FILED SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    AUSA Chinhayi J. Coleman

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____    Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: